UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| FUBON INSURANCE CO., LTD. ET AL., | |
| Plaintiffs, | 25-CV-6478 (LAP) |
| -against- | ORDER |
| COSCO SHIPPING LINES CO., LTD. | |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall update the Court by letter within six months as to the status of discovery and any settlement discussions.

**SO ORDERED.**

_____
LORETTA A. PRESKA
Senior United States District Judge

April 6, 2026